DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. |
| ) | |
| Plaintiff, ) | COUNT 1: |
| ) | FELON IN POSSESSION OF A |
| ) | FIREARM |
| v. ) | Vio. 18 U.S.C. §§ 922(g)(1) and |
| ) | 924(a)(2) |
| ) | |
| ) | COUNT 2: |
| WILLIAM SCOTT NOEL, ) | UNLAWFUL USER IN POSSESSION |
| ) | OF A FIREARM |
| Defendant. ) | Vio. 18 U.S.C. §§ 922(g)(3) and |
| ) | 924(a)(2) |
| ) | |
| ) | COUNT 3: |
| ) | CRIMINAL FORFEITURE |
| ) | Vio. 18 U.S.C. § 924(d)(1) |
| ) | |

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about December 28, 2005, in the District of Alaska, the defendant,
WILLIAM SCOTT NOEL, did knowingly possess in or affecting commerce, a firearm, to
wit: a Hi Point 9mm semiautomatic handgun, model C9, serial number P1266465, having
previously been convicted of a crime punishable by imprisonment for a term exceeding
one year.

All of which is in violation of Title 18, United States Code, Section 922(g)(1),
924(a)(2).

## COUNT 2

On or about December 28, 2005, in the District of Alaska, the defendant,
WILLIAM SCOTT NOEL, was an unlawful user of a controlled substance, as defined in
Title 21 United States Code, Section 802, did knowingly possess in and affecting
commerce, a firearm, to wit: a Hi Point 9mm semiautomatic handgun, model C9, serial
number P1266465.

All of which is in violation of Title 18, United States Code, Sections 922(g)(3) and
924(a)(2).

## COUNT 3

As a result of committing the offenses alleged in Counts 1 and 2 of the Indictment,
and upon conviction of Counts 1 and 2, offenses punishable by imprisonment for more
than one year, defendant  shall forfeit to the United States all firearms and ammunition

2

involved in or used in the commission of the offense, including but not limited to one Hi

Point 9mm semiautomatic handgun, model C9, serial number P1266465, pursuant to Title

18, United States Code, Section 924(d)(1).

    A TRUE BILL.


                s/ Grand Jury Foreperson
                GRAND JURY FOREPERSON


 s/ David A. Nesbett
DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov
Alaska Bar No. 9811075


 s/ James A. Goeke (for)
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov


DATED:   7/18/06