AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
U.S. MARSHAL SERVICE
JUL 2 4 2006
ALASKA

RECEIVED
2006 JUL 20 PM 2:54
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V.

WILLIAM SCOTT NOEL

(SECRET)
**WARRANT FOR ARREST**

CASE NUMBER: 3:06-cr-00064-JWS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>William Scott Noel</u> and bring him forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him with (brief description of offense): REENTRY OF REMOVED ALIEN

in violation of Title 18 United States Code, Section(s) 922(g)(1), 922(g)(3), 924(a)(2), and 924(d)(1).

Ida Romack
Name
by  *redacted signature*   \Deputy Clerk
Signature of Issuing Officer

Bail Fixed at $ TO BE DETERMINED

<u>Clerk of Court</u>
Title of Issuing Officer

<u>July 19, 2006 - Anchorage, Alaska</u>
Date and Location

by  <u>U.S. Magistrate John D. Roberts</u>

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: Juneau AK |
| by Juneau PD |

| DATE RECEIVED 7/2/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/24/06 | John Olson  DUSM | *signature* |