MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. WILLIAM SCOTT NOEL        CASE NO. 3:06-cr-00064-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:             MATTHEW D. JAMIN

DEPUTY CLERK/RECORDER:            APRIL KARPER

UNITED STATES ATTORNEY:           DAVID NESBETT

DEFENDANT'S ATTORNEY:             MICHAEL DIENI - APPOINTED

U.S.P.O.:                         BARBARA BURTON

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD JULY 27, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:08 a.m. court convened.

 X Copy of Indictment given to defendant: waived reading.

 X Defendant sworn.

 X Defendant advised of general rights, charges, and penalties.

 X Defendant states true name: Same as above.

 X Financial Affidavit filed.
   X Federal Public Defender accepted appointment; FPD Notified.

 X PLEAS: Not Guilty to counts 1, 2, and 3 of the Indictment.

 X Defendant detained/Detention Hearing set for **July 31, 2006 at 10:30 a.m.** before U.S. Magistrate Judge Philip M. Pallenberg.

 X Order of Temporary Detention Pending Hearing **FILED**.

 X Pretrial motions due **August 18, 2006** ; Order for the Progression of a Criminal Case without Trial by Jury and Final Pretrial Conference **FILED**.

 X Court advised counsel trial date had not been set.

 X OTHER: Parties to meet and confer by **August 3, 2006.** Court and counsel heard re defendant's oral motion for a detention hearing; **GRANTED.**

At 10:21 a.m. court adjourned.


DATE:      July 27, 2006         DEPUTY CLERK'S INITIALS:     amk