Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>Defendant. | Case No. 3:06-cr-0064-JWS<br><br>MOTION FOR TELEPHONIC PARTICIPATION OF WITNESS AT DETENTION HEARING, Filed on Shortened Time |

Defendant, William Scott Noel, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for permission to allow State Parole Officer John Heritscko, who resides in Juneau, to appear by telephone for the detention hearing currently set for Monday, July 31, 2006, at 10:30 a.m.  Mr. Noel's release plan is built around the terms and conditions already set in state court in Juneau.  Mr. Heritscko will be prepared to outline those conditions and his belief that those conditions are sufficient to assure Mr. Noel's appearance at court and to minimize any danger to the community.

DATED this 27th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on July 27, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni