UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>    Defendant. | Case No. 3:06-cr-0064-JWS<br><br>PROPOSED<br>ORDER GRANTING<br>TELEPHONIC PARTICIPATION |

  After due consideration of defendant's motion on shortened time, the motion is GRANTED.

  After due consideration of defendant's motion to allow State Parole Officer John Heritscko to appear by telephone for the detention hearing currently set for Monday, July 31, 2006, at 10:30 a.m., the motion is GRANTED. Parole Officer Heritscko will call the meet-me-bridge at (907) _____, at 10:30 a.m. on July 31, 2006.

  DATED this ____ day of _____, 2006 in Anchorage, Alaska.

                _____
                John D. Roberts
                United States Magistrate Judge