Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM SCOTT NOEL,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0064-JWS<br><br>**NOTICE OF FILING PROPOSED ORDER**<br><br>*(Filed on Shortened Time)* |

　　　　Defendant, William Scott Noel, by and through counsel Michael Dieni, Assistant Federal Defender, hereby files for the court's consideration a proposed order for transportation from Anchorage to Juneau following his detention hearing on July 31, 2006.

///

///

///

///

///

DATED this 31st day of July 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:
I certify that on July 31, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni