UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>           Defendant. | Case No. 3:06-cr-0064-JWS<br><br>**PROPOSED ORDER** |

Defendants' oral motion for transportation is hereby GRANTED.

Pursuant to 18 U.S.C. § 4285, the United States Marshal's Service is directed to provide return transportation for defendant WILLIAM SCOTT NOEL from Anchorage, Alaska to Juneau, Alaska following his detention hearing on July 31, 2006.

DATED this ____ day of July 2006 in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge