IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. William Noel

CASE NO: 3:06-CR-00064-JWS

---

Defendant William Noel,

has this date met the bail conditions indicated below and is ordered discharged from custody.

____Released to _____, the third party custodian(s).

____Paid cash bail in the amount of _____ to the Clerk of Court.

_X_ Posted unsecured bond in the amount of $10,000 _____

____Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court.

____Surrendered passport to the Clerk of Court.

____Other:_____

Dated at Anchorage, Alaska this 31 day of July, 20 06

REDACTED SIGNATURE

Philip M. Pallenberg
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal