Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>WILLIAM SCOTT NOEL,<br><br>    Defendant. | Case No. 3:06-cr-0064-JWS<br><br>MOTION TO CHANGE VENUE |


Defendant, William Scott Noel, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order changing venue from Anchorage to Juneau.

*1. Factual Background*

This is a Juneau case.  Mr. Noel resides in Juneau.  The facts surrounding the charges all occurred in Juneau.  All of the fact witnesses reside in Juneau. Any potential defense witnesses reside in Juneau.  Anyone connected to Mr. Noel who might have an interest in observing the proceedings resides in Juneau.  Mr. Noel currently is on

release status that requires him to reside in a particular residence in Juneau, and to abide by conditions that pertain to his current residency in Juneau.

> 2.      *Legal Framework*

Rule 18 of the Federal Rules of Criminal Procedure states, in pertinent part, "The court shall fix the place of trial within the district . . . ."  Thus, the trial court has the authority to transfer trial proceedings to another place within this district, even if the case already has been scheduled for trial elsewhere by operation of administrative fiat.  See United States v. Addonizio, 451 F.2d 49, 76-77 (3rd Cir. 1971), cert. denied, 92 S. Ct. 949, 405 U.S. 936, 30 L. Ed. 2d 812, reh'g denied, 92 S. Ct. 1309, 405 U.S. 1048, 31 L. Ed. 2d 591 (1972).

The law set forth in 28 U.S.C. § 81A establishes a single judicial district within the State of Alaska, and identifies five locations where "[c]ourt shall be held" within the state:  Anchorage, Fairbanks, Nome, Ketchikan, and Juneau.  21 U.S.C. § 141 authorizes this court to hold special sessions in other locations on an as-needed basis.  Central to the determination of the place of trial in any case is a commitment to fairness and to justice.

In order to accomplish the objectives of 28 U.S.C. § 1861-1862, and the requirements of 28 U.S.C. §1869(e), the District Court in Alaska promulgated "The Plan for Random Selection of Grand and Petit Jurors" (hereinafter the "Plan").  This Plan, dated June 2002, as modified on August 22, 2003, and on June 22, 2005, makes Juneau a proper site for trial of a case that originates in Juneau.

Rule 18 expressly requires that:  "The court shall fix the place of trial within the district with due regard to the convenience of the defendant and the witnesses."  (Fed.

R. Crim. P. 18.)  Here, due regard for the convenience of the defendant and the fact witnesses completely favors scheduling trial (and all other significant proceedings) in Juneau.

        *3.     Conclusion*

        Both the facts and the law governing trial venue support changing venue from Anchorage to Juneau.

        DATED this 25th day of August, 2006.

                Respectfully submitted,

                FEDERAL PUBLIC DEFENDER
                FOR THE DISTRICT OF ALASKA

                /s/ Michael D. Dieni
                Assistant Federal Defender
                Alaska Bar No. 8606034
                601 West 5th Avenue, Suite 800
                Anchorage, AK  99501
                Ph:  (907) 646-3400
                Fax:  (907) 646-3480
                mike_dieni@fd.org

Certification:

I certify that on August 25, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni