UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

WILLIAM SCOTT NOEL,

                Defendant.

Case No. 3:06-cr-0064-JWS

PROPOSED
ORDER CHANGING VENUE FOR
TRIAL TO JUNEAU

After due consideration of defendant's Motion to Change Venue for Trial, the motion is GRANTED.  Unless otherwise ordered, all future proceedings shall be held in Juneau, Alaska.

        DATED this _____ day of _____, 2006 in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge