UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>            Defendant. | Case No. 3:06-cr-0064-JWS<br><br>PROPOSED<br>ORDER OF SUPPRESSION |

After due consideration of defendant's Motion to Suppress, the motion is GRANTED. Mr. Noel's statement made on December 28, 2005, to probation officers, and the fruit of said statements, are hereby suppressed and may not be used at trial of this action.

DATED this _____ day of _____, 2006, in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge