NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500
email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-CR-0064-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NON-OPPOSED MOTION TO** |
| v. | ) | **CONTINUE GOVERNMENT'S** |
| | ) | **DEADLINE TO RESPOND TO** |
| WILLIAM SCOTT NOEL, | ) | **DEFENDANT'S MOTION TO** |
| | ) | **SUPPRESS** |
| Defendant. | ) | |
| | ) | (filed on shortened time) |

COMES NOW the United States Attorney's Office, by and through counsel, and hereby requests a few additional days to respond to the defendant's Motion to Suppress.  Trial has been set for October 4, 2006.

The defendant filed his Motion to Suppress on August 25, 2006.  The undersigned has been busy preparing for trial set for this week.  The undersigned is also attempting to contact Juneau Probation Officer Heritsco, for information

important to the writing of the government's opposition. The government respectfully requests, therefore, that its response be due on or before, Friday, September 8, 2006.

RESPECTFULLY SUBMITTED this <u>5th</u> day of September, 2006 at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        <u>s/ David Nesbett</u>
        Special Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, #9, Room 253
        Anchorage, Alaska  99513-7567
        (907) 271-5071
        (907) 271-1500
        email: david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on September 5, 2006 a copy of the foregoing was served electronically on:

Mike Dieni

<u>s/David Nesbett</u>