NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500
email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-CR-0064-JWS |
| ) | |
| Plaintiff, ) | [Proposed] |
| ) | |
| vs. ) | **ORDER TO CONTINUE** |
| ) | **GOVERNMENT'S DEADLINE** |
| WILLIAM SCOTT NOEL, ) | **TO RESPOND TO** |
| ) | **DEFENDANT'S MOTION TO** |
| Defendant. ) | **SUPPRESS** |
| ) | |
| ) | |

     IT IS SO ORDERED.  The response date for the Motion to Suppress is extended to September 8, 2006

     Date: _____     _____
                                                                                  United States District Court Judge