Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0064-JWS<br><br>MOTION TO CONTINUE SUPPRESSION MOTION EVIDENTIARY HEARING,<br>*Filed on Shortened Time* |

　　　　Defendant, William Scott Noel, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order resetting the September 13 hearing date for Mr. Noel's motion to suppress. Counsel for Mr. Noel will be out of district at a training conference the week of September 11 through 15, returning September 18. The plan to attend this conference has been set for months and involves a three person team of representatives, including the office CSA and an investigator, from the Federal Defender for the District of Alaska. These plans cannot be changed.

　　　　Assistant United States Attorney David Nesbett is in trial today and could not be reached for a non-opposition.

DATED this 6th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

<u>Certification</u>:

I certify that on September 6, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni