UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>    Defendant. | Case No. 3:06-cr-0064-JWS<br><br>PROPOSED<br>ORDER CONTINUING<br>EVIDENTIARY HEARING |

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of defendant's Motion to Continue Suppression Motion Evidentiary Hearing Date, the motion is GRANTED. The evidentiary hearing in this matter, currently scheduled for September 13, 2006, is continued to _____, 2006, at _____ a.m./p.m.

DATED this ____ day of September, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge