Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>        Defendant. | Case No. 3:06-cr-0064-JWS<br><br>MOTION FOR NON-CUSTODIAL TRANSPORTATION FOR DEFENDANT TO TRAVEL FROM JUNEAU TO ANCHORAGE,<br>*Filed on Shortened Time* |

Defendant, William Scott Noel, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order on shortened time directing the United States Marshals Service to provide non-custodial transportation for the defendant from his home in Juneau, Alaska, to Anchorage, Alaska, for a hearing scheduled for **Monday, September 18, 2006**, at **1:30 p.m.**  The defendant is indigent and has no available funds for transportation.  This request is made pursuant to 18 U.S.C. § 4285 and supported by the attached affidavit of counsel.

DATED this 8th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on September 8, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni