UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>            Defendant. | Case No. 3:06-cr-0064-JWS<br><br>PROPOSED<br>ORDER FOR NON-CUSTODIAL TRANSPORTATION |

After due consideration of the defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of the defendant's motion for transportation from Juneau, Alaska, to Anchorage, Alaska, the court GRANTS the motion.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide non-custodial transportation for the defendant from his home in Juneau, Alaska, to Anchorage, Alaska, for an evidentiary hearing scheduled for Monday, September 18, 2006, at 1:30 p.m., in Anchorage, Alaska.

DATED this _____ day of _____, 2006 in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge