Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>　　　　　　　Defendant. | Case No. 3:06-cr-0064-JWS<br><br>AFFIDAVIT OF COUNSEL |

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

　　　　Michael D. Dieni, being first duly sworn, upon oath, deposes and states:

　　　　1.　　I am the attorney assigned to represent defendant in the above-captioned case.

　　　　2.　　On July 27, 2006, Mr. Noel appeared before the United States Magistrate Judge for the District of Alaska in Anchorage.  At that time, the court found, based on Mr. Noel's testimony and his financial affidavit, that he was indigent.  The Office of the Federal Public Defender was appointed to represent him.

3. This court has scheduled an evidentiary hearing for Monday, September 18, 2006, at 1:30 p.m. Mr. Noel must appear in person.

4. Mr. Noel reports that he is indigent and has no funds to pay for his transportation from his home in Juneau, Alaska, to Anchorage, Alaska. He requests that the court order the United States Marshals Service to provide non-custodial transportation.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Michael D. Dieni

SUBSCRIBED AND SWORN to before me this 8th day of September, 2006.



STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

Notary Public in and for Alaska
My Commission Expires: 3/14/2007