Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM SCOTT NOEL,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0064-JWS<br><br>ERRATA TO MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS |

　　　　Defendant, William Scott Noel, by and through counsel Michael Dieni, Assistant Federal Defender, files this errata regarding defendant's Memorandum in Support of Motion to Suppress, filed at Docket No. 19.  In the memorandum, defendant incorrectly refers to Probation Officer Kim, rather than correctly referring to Probation Officer Kross.  Counsel apologizes for any inconvenience or confusion this may have caused the court or the government.

///

///

DATED this 8th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on September 8, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni