UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 3:06-cr-0064-JWS |
| vs. | |
| WILLIAM SCOTT NOEL, | ORDER CHANGING VENUE FOR TRIAL TO JUNEAU |
| Defendant. | |

After due consideration of defendant's Motion to Change Venue for Trial, the motion is **GRANTED** as follows: Any final pre-trial conference and trial will be conducted in Juneau.  If there is a proposed change of plea proceeding, it will be conducted in Anchorage.  If there is a sentencing proceeding, it will be conducted in Anchorage, unless upon motion made and good cause shown the court concludes that it is appropriate for the sentencing to be held in Juneau.

DATED this 13th day of September 2006 in Anchorage, Alaska.

/s/
John W. Sedwick
United States District Court Judge