```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.   WILLIAM SCOTT NOEL       CASE NO. 3:06-CR-00064-JWS
Defendant: X Present   X On Bond

BEFORE THE HONORABLE:     JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:    CAROLINE EDMISTON / SUZANNETTE DAVID

UNITED STATES' ATTORNEY:  DAVID NESBETT

DEFENDANT'S ATTORNEY:     MJ HADEN

U.S.P.O.:   JOHN HERITSCKO AND WILLIAM PATRICK KROSS

PROCEEDINGS: EVIDENTIARY HEARING ON MOTION TO SUPPRESS (DKT 18)
         Held 09/18/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:32 p.m. court convened.

John Heritscko sworn and testified on behalf of the plaintiff; Exhibits A, B, C, D, E **identified**.

William Patrick Kross sworn and testified on behalf of the plaintiff; Exhibit C **identified**; Exhibits D and F **ADMITTED**.

Arguments heard.

Court heard; Motion to Suppress (Docket 18) **TAKEN UNDER ADVISEMENT**; Report and Recommendation to issue; Court directed clerk to order transcript of hearing on expedited basis.

Court retained all admitted exhibits.

List of exhibits and witness list to be filed separately.

Court and counsel heard re defendant's oral motion for transportation **GRANTED**; order **SIGNED**.

NOTE: Original and one copy of transportation order hand delivered to U.S. Marshal; one copy forwarded to docketing.

At 3:40 p.m. court adjourned.


DATE:   September 18, 2006     DEPUTY CLERK'S INITIALS: SCD/CME