(Rev 9/06)                                    **LIST OF EXHIBITS**

---

Case No.   3:06-CR-00064-JWS                Magistrate Judge:   **JOHN D. ROBERTS**

Title          UNITED STATES OF AMERICA
    vs.
               WILLIAM SCOTT NOEL

Dates of Hearing:   September 18, 2006

Deputy Clerk/Recorder:   Caroline Edmiston / Suzannette David

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| David Nesbett | MJ Haden |
|  |  |
|  |  |

---------------------------------------------------EXHIBITS---------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|  |  |  |  | A | ✓ |  | photo – trailer |
|  |  |  |  | B | ✓ |  | photo – trailer |
|  |  |  |  | C | ✓ |  | photo red buick |
|  |  |  |  | D | ✓ | 91806 | photo – vehicle |
|  |  |  |  | E | ✓ |  | photo |
|  |  |  |  | F | ✓ | 91806 | photo |