UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>              Defendant. | Case No. 3:06-cr-0064-JWS<br><br>~~PROPOSED~~ ORDER |

Defendants' oral motion for transportation is hereby GRANTED.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide non-custodial return transportation for defendant WILLIAM SCOTT NOEL from Anchorage, Alaska to Juneau, Alaska, following his evidentiary hearing on September 18, 2006.

DATED this 18th day of September, 2006, in Anchorage, Alaska.

                                                         REDACTED SIGNATURE
                                                         John D. Roberts
                                                 United States Magistrate Judge