Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>                Defendant. | Case No. 3:06-cr-0064-JWS<br><br>UNOPPOSED MOTION TO CONTINUE TRIAL, *Filed on Shortened Time* |

Defendant, William Scott Noel, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for short continuance of trial.  Trial is now set in Juneau on October 4, 2006.  Mr. Noel requests a three week continuance, trial to begin as early as October 25, 2006.  Because a motion to suppress is pending, a three week delay will not exceed the limits of the speedy trial rule.  This motion is non-opposed (and joined) by Assistant United States Attorney David Nesbett.

This motion is made to provide the parties time to potentially negotiate a resolution after the court's decision on a pending multi-part motion to suppress.  An evidentiary hearing already has occurred, and the motion awaits an initial report and

recommendation from the magistrate judge. The motion to suppress pertains to nearly all of the important evidence in the case, including the gun and Mr. Noel's admissions. The court's decision will have a great impact on the terms of any negotiated outcome, and the decision by either side as to whether to proceed to trial.

The current trial setting is particularly tight. Trial is now set for October 4 (next Wednesday) in Juneau, and government's counsel, David Nesbett, is out-of-district the week of September 25, 2006. His first business day back in the office will be October 2.

A delay of the trial will serve both justice and judicial economy. Counsel and the court will need to travel to Juneau for trial. A delay will increase the possibility of a fair resolution without the need for an adjudication in Juneau.

DATED this 25th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on September 25, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni