UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0064-JWS<br><br>PROPOSED<br>ORDER CONTINUING<br>TRIAL DATE |

　　　　　After due consideration of defendant's motion on shortened time, the motion is GRANTED.

　　　　　After due consideration of defendant's Unopposed Motion to Continue Trial, the motion is GRANTED.  Trial in this matter, currently scheduled for October 4, 2006, is continued until _____, 2006, in Juneau, Alaska.  A final pretrial conference shall be held on _____, 2006, at _____ a.m./p.m.

　　　　　DATED this ____ day of _____, 2006 in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　John W. Sedwick
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge