## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    WILLIAM SCOTT NOEL

THE HONORABLE JOHN W. SEDWICK    CASE NO.   3:06-cr-00064-JWS

Deputy Clerk    Official Recorder

Linda Christensen

APPEARANCES:   for PLAINTIFF:  ----

for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The motion at docket 35 is **GRANTED** as follows: The final pre-trial conference and trial dates are **VACATED**. The court will set new dates at the time it rules on the motion to suppress.

Counsel are advised that the Ninth Circuit has ruled that time for negotiating the disposition of a criminal case may not be counted as "excludable delay" for purposes of the Speedy Trial Act, so the court will not take that into consideration when it does re-set the trial date. It will take into account only such excludable delay as may be counted under the Speedy Trial Act.

DATE:  September 25, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  lc
Deputy Clerk

[FORMS*IA*]