UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>           Defendant. | Case No. 3:06-cr-0064-JWS<br><br>ORDER FOR NON-CUSTODIAL TRANSPORTATION |

After due consideration of the defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of the defendant's motion for transportation from Juneau, Alaska, to Anchorage, Alaska, the court GRANTS the motion.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide non-custodial transportation for the defendant from his home in Juneau, Alaska, to Anchorage, Alaska, for an evidentiary hearing scheduled for Monday, September 18, 2006, at 1:30 p.m., in Anchorage, Alaska.

DATED this 8th day of September, 2006 in Anchorage, Alaska.

        /s/ John D. Roberts [seal affixed]
        John D. Roberts
        United States Magistrate Judge

ORDER @24 for Non-Custodial Transportation of Defendant
Signed by Judge John D. Roberts
3-06-cr-00064-JWS-JDR    2 sealed signature copies delivered to USM Service    9/8/2006; Page 1 of 1