Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>    Defendant. | Case No. 3:06-cr-0064-JWS<br><br>DEFENDANT'S RESPONSE TO RECOMMENDATION REGARDING MOTIONS TO SUPPRESS |

   Defendant, William Scott Noel, by and through counsel Michael Dieni, Assistant Federal Defender, hereby objects to the Magistrate Judge's proposed recommendation (Docket 18) denying Mr. Noel's motions to suppress.  In particular, Mr. Noel asserts that the totality of the facts support a finding that he was in custody and subject to interrogation without the required *Miranda* warning, and that his responses to the interrogation questions were involuntarily obtained.

///

///

DATED this 2nd day of October, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on October 2, 2006, a copy of the
foregoing document was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni