UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>        Defendant. | 3:06-cr-00064-JWS-JDR<br><br>**FINAL RECOMMENDATION REGARDING MOTION TO SUPPRESS**<br><br>(Docket Entry 18) |

       In a recommendation filed at Docket No. 39, I advised that defendant Noel's Motion to Suppress be denied. The defendant timely filed objections at Docket No. 40. The government did not file a response. After careful review of the objections, I decline to modify the original recommendation. Accordingly, this matter will be forwarded to the assigned district judge for determination.

       DATED this 11th day of October, 2006, at Anchorage, Alaska.

                                                        /s/ John D. Roberts
                                                        JOHN D. ROBERTS
                                                        United States Magistrate Judge