**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   WILLIAM SCOTT NOEL

THE HONORABLE JOHN W. SEDWICK        CASE NO.   3:06-cr-00064-JWS

Deputy Clerk                         Official Recorder

Linda Christensen

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

    At docket 18, defendant Noel moved to suppress statements made by him to state parole and probation officers on December 28, 2005.  The magistrate judge conducted an evidentiary hearing on the motion on September 18, 2006.  A transcript was prepared and filed at docket 38.  Thereafter, Magistrate Judge Roberts prepared a thorough report which was filed at docket 39.  In it he sets out recommended findings of fact and conclusions of law, and recommends that the motion be denied.  Noel filed a timely objection at docket 40 which simply says that given the totality of the facts, he was in custody at the time he spoke.  He does not object to any specific findings of fact.

    This court reviews all recommended findings of fact as to which an objection is taken and all recommended conclusions of law *de novo*.  This court reviews all other recommended findings of fact for clear error.  Applying those standards here, the court holds that the magistrate judge's recommended findings of fact are all correct, and his recommended conclusion represents a correct application of the law to the facts.  For these reasons, this court adopts the report at docket 39.  The motion to surpress at docket 18 is **DENIED**.

    The court hereby sets the following dates:  The Final Pre-trial Conference will be at 8:30 AM on October 25, 2006, and Trial by Jury will commence at 9:00 AM on the same date, October 25, 2006, in Juneau.  This date is within the Speedy Trial window, after taking into account accumulated excludable delay.

    Counsel are reminded that if there were a proposed change of plea, the hearing thereon would be held in Anchorage.

DATE:  October 16, 2006                ENTERED AT JUDGE'S DIRECTION
                                              INITIALS:  lc
                                              Deputy Clerk

[FORMS*IA*]