Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>            Defendant. | Case No. 3:06-cr-0064-JWS<br><br>NOTICE OF INTENT TO CHANGE PLEA |

       Defendant, William Scott Noel, by and through counsel Michael Dieni, Assistant Federal Defender, hereby notifies the court of his intent to change his plea in the above-styled case.  The parties are in the process of completing a written plea agreement.

       Mr. Noel requests that the court vacate the final pretrial conference and trial by jury scheduled for Wednesday, October 25, 2006, and schedule a change of plea hearing at a time convenient to the court and counsel.  Mr. Noel requests that the hearing be scheduled in the early afternoon in order to allow travel from Juneau on the same day as the hearing.  Mr. Noel can be available on October 25.  A finalized copy of the plea agreement will be filed with the court as soon as it is completed.

DATED this 20th day of October, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on October 20, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni