Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>               Defendant. | Case No. 3:06-cr-0064-JWS<br><br>MOTION FOR NON-CUSTODIAL TRANSPORTATION FOR DEFENDANT TO TRAVEL FROM JUNEAU TO ANCHORAGE,<br>*Filed on Shortened Time* |

       Defendant, William Scott Noel, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order on shortened time directing the United States Marshals Service to provide non-custodial transportation for the defendant from his home in Juneau, Alaska, to Anchorage, Alaska, for the change of plea hearing as scheduled by the court.  The defendant is indigent and has no available funds for transportation.  This request is made pursuant to 18 U.S.C. § 4285 and supported by the attached affidavit of counsel.

DATED this 20th day of October, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on October 20, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni