**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA    v.    WILLIAM SCOTT NOEL

THE HONORABLE JOHN W. SEDWICK    CASE NO.    3:06-cr-00064-JWS

Deputy Clerk            Official Recorder

Linda Christensen

APPEARANCES:    for PLAINTIFF:    ----

for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

As the defendant in the above listed cause has filed a Notice of Intent to Change Plea, the Final Pretrial Conference and Trial by Jury previously scheduled for October 25, 2006 in Juneau, Alaska are hereby **VACATED**.

A Proposed Change of Plea Hearing is now scheduled for **10:00 a.m., Wednesday, October 25, 2006, in Anchorage Courtroom 3.**

DATE: October 23, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS: lc
Deputy Clerk

[FORMS*IA*]