Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>              Defendant. | Case No. 3:06-cr-0064-JWS<br><br>NON-OPPOSED MOTION TO RESCHEDULE CHANGE OF PLEA HEARING, *Filed on Shortened Time* |

Defendant, William Scott Noel, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order resetting his change of plea hearing.  The hearing is now set for Wednesday, October 25, 2006.  Mr. Noel requests a new court date as early as Monday, October 30, 2006

This motion is non-opposed by Assistant United States David Nesbett.

Mr. Noel makes this request because he did not receive notification of the current hearing date in time to get on a 1:30 p.m. Tuesday plane out of Juneau.  Mr. Noel resides in Juneau.  He works at a remote construction site and cannot be reached in daytime hours.  He does not have a cell phone.  The 10:00 a.m. time of court required that

Mr. Noel catch a plane the day before. The first notice any party had that Mr. Noel needed to catch a plane on October 24, Tuesday afternoon, was Tuesday morning. Mr. Noel simply could not be reached to be informed of this schedule and therefore will not be present for the Wednesday 10:00 a.m. court date.

Mr. Noel requests an early afternoon court time, if possible, in order to attempt to conduct his travel without the need for an overnight stay in Anchorage.

DATED this 24th day of October, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on October 24, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni