UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>    Defendant. | Case No. 3:06-cr-0064-JWS<br><br>PROPOSED<br>ORDER RESCHEDULING<br>CHANGE OF PLEA HEARING |

  After due consideration of defendant's motion on shortened time, the motion is GRANTED.

  After due consideration of defendant's Non-Opposed Motion to Reschedule Change of Plea Hearing, the motion is GRANTED. The change of plea hearing in this matter is rescheduled for _____, 2006, at _____ a.m./p.m.

  DATED this ____ day of _____, 2006 in Anchorage, Alaska.

               _____
               John W. Sedwick
               United States District Court Judge