UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>　　　　　　　Defendant. | Case No. 3:06-cr-0064-JWS<br><br><br>ORDER RESCHEDULING<br>CHANGE OF PLEA HEARING |

　　　　　After due consideration of defendant's motion on shortened time, the motion is **GRANTED**.

　　　　　After due consideration of defendant's Non-Opposed Motion to Reschedule Change of Plea Hearing, the motion is **GRANTED**.  The change of plea hearing in this matter is rescheduled for **Friday, November 3, 2006**, at **1:30 p.m.**

　　　　　DATED this 24th day of October, 2006 in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　John W. Sedwick
　　　　　　　　　　　　　　　　　　　United States District Court Judge