UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>        Defendant. | Case No. 3:06-cr-0064-JWS<br><br>**ORDER** |

Defendants' oral motion for transportation is hereby GRANTED.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide non-custodial return transportation for defendant WILLIAM SCOTT NOEL from Anchorage, Alaska, to Juneau, Alaska, following his change of plea hearing on November 3, 2006.

DATED this 3rd day of November, 2006, in Anchorage, Alaska.

**REDACTED SIGNATURE**

John W. Sedwick
United States District Court Judge