Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>                Defendant. | Case No. 3:06-cr-0064-JWS<br><br>NON-OPPOSED MOTION TO CLARIFY BAIL ORDER, *filed on shortened time* |

Defendant, William Scott Noel, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order clarifying this court's previously issued bail release order.  Mr. Noel requests that the court eliminate electronic monitoring as a condition of release.  The government, through Assistant United States Attorney David Nesbett, non-opposes this motion.

At the initial bail hearing, the parties generally agreed that Mr. Noel would be bound to follow the requirements of his state court parole, which included electronic monitoring.  The State of Alaska may be willing to relax that condition.  However, Mr. Noel's new parole officer is unclear as to whether Mr. Noel has an independent obligation

pursuant to his release in this case, the federal case, to remain on electronic monitoring. With this motion, the parties stipulate that he does not.

It is important that the court issue this order as soon as possible. Electronic monitoring paid for by Mr. Noel is very expensive.

DATED this 17th day of November, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on November 17, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni