UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>                Defendant. | Case No. 3:06-cr-0064-JWS<br><br>PROPOSED<br>ORDER REGARDING<br>ELECTRONIC MONITORING |

       After due consideration of defendant's motion to clarify conditions of bail release, the motion is GRANTED. Absent any independent obligation imposed by the State of Alaska, Mr. Noel is not required to submit to electronic monitoring.

       DATED this ____ day of _____, 2006 in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge