UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>        Defendant. | Case No. 3:06-cr-0064-JWS<br><br>ORDER REGARDING<br>ELECTRONIC MONITORING<br>(Docket No. 54) |

After due consideration of defendant's motion to clarify conditions of bail release, the motion is GRANTED. Absent any independent obligation imposed by the State of Alaska, Mr. Noel is not required to submit to electronic monitoring in the above styled federal criminal case.

DATED this 17 day of November, 2006 in Anchorage, Alaska.

/s/ RRB
Ralph R. Beistline
United States District Judge