UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>   Defendant. | Case No. 3:06-cr-0064-JWS<br><br>PROPOSED<br>ORDER SCHEDULING<br>SENTENCING IN JUNEAU,<br>ALASKA |

   After due consideration of defendant's Motion to Set Sentencing in Juneau, the motion is GRANTED.  Sentencing in this matter is scheduled for _____, 2007, at _____ a.m./p.m., in Juneau, Alaska.

   DATED this ____ day of _____, 2007, in Anchorage, Alaska.

                _____
                John W. Sedwick
                United States District Court Judge