**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA     v.     WILLIAM SCOTT NOEL

THE HONORABLE JOHN W. SEDWICK     CASE NO.   3:06-cr-00064-JWS

Deputy Clerk                     Official Recorder

Linda Christensen

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

    The unopposed motion at docket 57 to change the location of sentencing to Juneau is **GRANTED** for good cause shown.

    Because the court will almost certainly be in trial in Anchorage on the date currently set for sentencing, the sentencing is **CONTINUED to 8:30 AM on February 20, 2007, in Juneau.**

    The parties are warned that the court may need to continue the sentencing again, due to the possibility that the court will be in trial in Anchorage on February 20, 2007 as well. Were there a date in the near future when the court could comfortably predict that it would be available to travel to Juneau for sentencing with no conflicts, that date would be selected, but there is none.

DATE:  February 5, 2007

ENTERED AT JUDGE'S DIRECTION
INITIALS:   lc
Deputy Clerk

[FORMS*IA*]