NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: bryan.schroder@usdoj.gov


Attorney for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>     vs.<br><br>WILLIAM SCOTT NOEL,<br><br>                          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:06-cr-0064-JWS<br><br>**MOTION TO APPEAR<br>TELEPHONICALLY AT<br>HEARING**<br><br>**Filed on Shortened Time** |

    Plaintiff, the United States of America, hereby requests authorization from

the court  to appear telephonically at the defendant's sentencing hearing in the

above-captioned case which is currently scheduled for Tuesday, April 17, 2007, at

8:30 a.m. in Juneau, Alaska.

RESPECTFULLY SUBMITTED this 13th day of April, at Anchorage,

Alaska.

NELSON P. COHEN
United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: bryan.schroder@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2007,
a copy of the foregoing **GOVERNMENT'S
MOTION TO APPEAR TELEPHONICALLY
AT HEARING ON SHORTENED TIME,**
was served, via Electronic Filing, on:

Mike Dieni
Assistant Federal Defender

and by fax to:

Pamela Shaw
U.S. Probation

s/Bryan Schroder