NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-0064-JWS |
|---|---|---|
| Plaintiff, | ) | [Proposed] |
| vs. | ) | **ORDER** |
| WILLIAM SCOTT NOEL, | ) | |
| Defendant. | ) | |

    IT IS SO ORDERED. Plaintiff may appear telephonically by calling the court at (907) _____ at 8:30 a.m., on April 17, 2007.

Dated:_____    _____
                                                                  JOHN W. SEDWICK
                                                            United States District Judge