Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM SCOTT NOEL,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0064-JWS<br><br>NOTICE OF WITNESSES FOR SENTENCING |

　　　　Defendant, William Scott Noel, by and through counsel Michael Dieni, Assistant Federal Defender, hereby notifies the court that he intends to call the following individuals to give testimony at sentencing in this matter, currently scheduled for Tuesday, April 17, 2007:

　　　　John Vercessi

　　　　Dr. John Kesselring

　　　　Nadine Turcano

　　　　Mr. Vercessi and Dr. Kesselring have already submitted letter reports.  Their proposed testimony will offer supplemental information pertaining to Mr. Noel's

performance since December 2006.  Nadine Turcano is Mr. Noel's fiance's mother.  If she testifies, she will report Mr. Noel's good work ethic and stability over recent months.

DATED this 13th day of April, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on April 13, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ Michael D. Dieni