IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-0064-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| WILLIAM SCOTT NOEL, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS SO ORDERED.  Plaintiff may appear telephonically by calling the court at (907) 586-7468  at 8:25 a.m., on April 17, 2007.


Dated: April 13, 2007                              /s/  JOHN W. SEDWICK
                                                            United States District Judge