Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>                Defendant. | Case No. 3:06-cr-0064-JWS<br><br>NON-OPPOSED MOTION TO MODIFY BAIL CONDITION TO PERMIT DEFENDANT TO TRAVEL OUTSIDE ALASKA PENDING SELF-SURRENDER,<br>*Filed on Shortened Time* |

Defendant, William Scott Noel, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order permitting Mr. Noel to travel to California to spend time with his mother before his self-surrender date. This motion is non-opposed by Assistant United States Attorney Bryan Schroeder and Federal Probation Officer Paula McCormick.

At present, Mr. Noel has been granted the opportunity to surrender to the designated institution to serve his sentence. The court recommended that he be designated in California, so he could be near relatives. He now wishes to leave early, to spend time with his mother before reporting to the designated institution. He has provided

all essential contact information to pretrial release officer Paula McCormick, and will maintain contact with her as necessary to assure he gets notified of his jail report date.

This motion is filed on shortened time because Mr. Noel has already paid for airfare and must fly by Wednesday, May 9, at 1:30, to avoid incurring penalties.

DATED this 8th day of May, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 8, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ Michael D. Dieni