UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>WILLIAM SCOTT NOEL,<br><br>            Defendant. | Case No. 3:06-cr-0064-JWS<br><br>PROPOSED<br>ORDER MODIFYING BAIL<br>CONDITIONS |

      After due consideration of defendant's motion , the motion is GRANTED. Mr. Noel's bail conditions are modified to allow him to leave Alaska and travel to California pending his sentence report date.

      DATED this ____ day of _____, 2007 in Anchorage, Alaska.

                                                _____<br>
                                                         John D. Roberts<br>
                                              United States Magistrate Judge